In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00175-CR
_____

**Shacobi Deshane Yates, Appellant**

**VS.**

**The State of Texas, Appellee**

_____

**Appealed from the 252nd District Court**
**of Jefferson County, Texas**
**Cause No. 10-08451**
_____

**O R D E R**

The Court Reporter for the 252nd District Court of Jefferson County, Texas is to provide the following original exhibits to the Clerk of this Court:

State's Exhibit 12 – Photo
State's Exhibit 13 – Photo
State's Exhibit 14 – Photo
State's Exhibit 20 – Photo
State's Exhibit 21 – Photo
State's Exhibit 22 – Photo
State's Exhibit 23 – Photo

Entered this 4th day of February, 2015.

PER CURIAM